**Mark F. GALLEGOS, Petitioner,**

v.

**The PEOPLE of the State of Colorado, Respondent.**

**No. 98SC284.**

Supreme Court of Colorado, En Banc.

May 30, 2000.

Rehearing Denied July 3, 2000.*

David Kaplan, Colorado State Public Defender, Kathleen A. Lord, Chief Appellate Deputy, State Public Defender Denver, Colorado, for Petitioner.

A. William Ritter, Jr., District Attorney, Second Judicial District, Nathan B. Coats, Chief Deputy District Attorney Denver, Colorado, for Respondent.

---

* Justice HOBBS, Justice MARTINEZ, and Justice

BENDER would grant the petition.

PER CURIAM.

Chief Justice Mullarkey, Justice Kourlis and Justice Rice are of the opinion that the judgment of the court of appeals, 975 P.2d 1135 (Colo.App.1998), should be affirmed, whereas Justice Hobbs, Justice Martinez, and Justice Bender are of the opinion that it should be reversed.

Since the court is equally divided, the decision of the court of appeals is affirmed by operation of law. *See* C.A.R. 35(e).

Justice COATS does not participate.